**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MENGSHENG KU,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>NEOPHOTONICS CORPORATION., TIMOTHY S. JENKS, CHARLES J. ABBE, YANBING LI, BANDEL L. CARANO, RAJIV RAMASWAMI, MICHAEL J. SOPHIE, IHAB S. TARAZI, SHERI L. SAVAGE, and KIMBERLY Y. CHAINEY,<br><br>　　　　　　　Defendants. | **Case No.: 5:21-cv-09479-VKD**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

　　　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Mengsheng Ku ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: January 28, 2022     **BRODSKY & SMITH**

By: */s/ Evan J. Smith*
Evan J. Smith
9595 Wilshire Blvd., Ste. 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile (310) 247-0160

*Attorneys for Plaintiff*

1